GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2024 FEB -7 PM 12: 41

CR24-00550 TUC-JAS(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Amy Leann Howell,

Defendant.

No.

**I N D I C T M E N T**

VIO:   18 U.S.C. § 924(a)(1)(A)
(False Statement During Purchase of a Firearm)
Count 1

26 U.S.C. §§ 5841, 5845(a)(3), 5845(c), 5861(d), and 5871
(Possession of Unregistered Firearm)
Count 2

18 U.S.C. § 924(d);
28 U.S.C. § 2461(c)
(Forfeiture)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 11, 2022, in the District of Arizona, defendant AMY LEANN HOWELL knowingly made a false statement and representation to USA Pawn & Jewelry, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of USA Pawn & Jewelry, in that defendant AMY LEANN HOWELL did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and

Explosives Form 4473, Firearms Transaction Record in connection with the purchase of a firearm, stating that she resided at an address on Cortaro Road in Tucson, Arizona, whereas in truth and fact, defendant AMY LEANN HOWELL knew that she resided at a different address.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On about February 15, 2023, at or near Tucson, in the District of Arizona, defendant AMY LEANN HOWELL knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845; that is: one (1) unknown make, unknown model, .223 rifle, with a barrel of less than 16 inches in length, not registered to HOWELL in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5845(a)(3), 5845(c), 5861(d), and 5871.

## FORFEITURE ALLEGATION

Upon conviction of Count One this Indictment, defendant, AMY LEANN HOWELL, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: one (1) Sig Sauer Model P365SAS 9mm Pistol, bearing serial number 66B376548.

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

*United States of America v. Amy Leann Howell*
*Indictment Page 2 of 3*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 7, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant United States Attorney

*United States of America v. Amy Leann Howell*
*Indictment Page 3 of 3*